THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK MASSOLLES et al., Appellants, *v.* JOSEPH P. HENNESSY et al., Composing the Board of Assessors of the City of New York, Respondents.

*People ex rel. Massolles* v. *Hennessy*, 157 App. Div. 932, affirmed.
(Argued October 22, 1913; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1913, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the board of assessors of the city of New York to make awards to relators for damages to their property arising from a change of grade.

*Albert W. Linton* and *John R. McMullan* for appellants.

*Archibald R. Watson, Corporation Counsel* (*Charles J. Nehrbas* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.

---

MONTREAL ENGINEERING COMPANY, LIMITED, Respondent, *v.* ALFRED H. POST, Appellant.

*Montreal Engineering Co.* v. *Post,* 157 App. Div. 919, appeal dismissed.
(Submitted October 22, 1913; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1913, which affirmed an order of Special Term granting a motion by plaintiff for leave to discontinue the action.

*Albert P. Massey* for appellant.

*Henry A. Stickney* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.